FILED: August 17, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-7737
(1:13-cr-00435-TDS-1)

———————————

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN DAVID HILL

    Defendant - Appellant

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Gregory, Judge Agee, and Senior Judge Traxler.

For the Court

/s/ Patricia S. Connor, Clerk